# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TONY TUNG THIEN NGUYEN, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | NO. 18-5019 |
| | : | |
| ALLSTATE INSURANCE COMPANY, | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 4th day of March 2019, upon consideration of Plaintiff's Motion for Appointment of Counsel (ECF No. 3) and in accordance with the Court's accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Appointment of Counsel (ECF No. 3) is **DENIED.**

BY THE COURT:

_____
CHAD F. KENNEY, J.