# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONY TUNG THIEN NGUYEN, *Plaintiff*, | : : : | CIVIL ACTION |
| v. | : : | NO. 18-5019 |
| ALLSTATE INSURANCE COMPANY, *Defendant*. | : : : | |

## ORDER

**AND NOW**, this 4th day of March 2019, upon consideration of Plaintiff's Motion to Correct Case Title and Caption (ECF No. 21), Defendant's Response in Opposition (ECF No. 22), and in accordance with the Court's accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Correct Case Title and Caption (ECF No. 21) is **DENIED**.

BY THE COURT:

_____
CHAD F. KENNEY, J.