# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONY TUNG THIEN NGUYEN, *Plaintiff,* | : : : | CIVIL ACTION |
| v. | : : | NO. 18-5019 |
| ALLSTATE INSURANCE COMPANY, *Defendant.* | : : : | |

## ORDER

**AND NOW**, this 8th day of May 2019, upon consideration of Defendant's Motion to Dismiss (ECF No. 23) and after an independent review of the allegations in the Second Amended Complaint, it is hereby **ORDERED** in accordance with the accompanying Memorandum that Defendant's Motion to Dismiss (ECF No. 23) is **GRANTED in part and DENIED in part.** Defendant shall Answer the remaining count for bad faith in the Second Amended Complaint **on or before May 23, 2019**.

BY THE COURT:

_____
CHAD F. KENNEY, J.