IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONY TUNG THIEN NGUYEN, *Plaintiff,* | : : : | CIVIL ACTION |
| v. | : : | No. 18-5019 |
| ALLSTATE INSURANCE COMPANY, *Defendant.* | : : : | |

## ORDER

**AND NOW**, this 14th day of February 2020, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 51), Plaintiff's Response (ECF No. 53), and in accordance with the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 51) is **GRANTED.**

It is further **ORDERED** that Plaintiff's Motion to Submit Pictures for Discovery (ECF No. 60) is **DENIED**. The documents Plaintiff requests to submit to the Court would not affect the Court's analysis in deciding Defendant's Motion for Summary Judgment (ECF No. 51).

It is further **ORDERED** that Plaintiff's Motion for Reconsideration of Appointment of Counsel (ECF No. 61) is **DENIED** for the reasons set forth in the Court's memorandum accompanying the March 4, 2019 Order denying Plaintiff's Motion for Appointment of Counsel. ECF No. 24.

All matters having been disposed of, the Clerk of Court is directed to close the case.

BY THE COURT:

_____
CHAD F. KENNEY, J.